# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIM. ACTION NO. 3:14-CR-385-S |
| KENNARD MCGUINNIE (2) | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Rebecca Rutherford for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court, as well as his right to object to the Report and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the exception to mandatory revocation be applied, and Defendant be continued on supervised release.

**SO ORDERED.**

SIGNED July 10, 2020.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**